KIMBERLY AROUH (Cal. Bar No. 163285)
kimberly.arouh@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone:    619 239 8700
Fax:              619 702 3898

Attorney for Defendant
Wigzi, LLC

[Additional Stipulating Counsel in Signature Block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Diane Ellen Quintero and<br>Omar Alberto Quintero-Carmona,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>Wigzi, LLC,<br><br>                              Defendant. | Case No. 3:14-cv-04602-SI<br><br>**STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF INITIAL DEADLINES; [~~PROPOSED~~] ORDER**<br><br>Judge:     Honorable Susan Illston |

Pursuant to Civil Local Rules 5, 6-1(a), 7-12 and 16-2, Defendant Wigzi, LLC ("Defendant") and Plaintiffs Diane Ellen Quintero and Omar Alberto Quintero-Carmona (collectively, "Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, this Court has set the Initial Case Management Conference in the above-captioned action for January 23, 2015 at 2:30 p.m.;

WHEREAS, the parties have previously jointly stipulated to extend the time for Defendant to answer or otherwise respond to Plaintiffs' Complaint to February 2, 2015;

WHEREAS, in order that the parties may focus on ongoing settlement discussions, and to promote judicial economy and allow sufficient time for the parties to meaningfully meet and confer

1  on all topics required by Fed. R. Civ. P. 26, the Civil Local Rules, and the Court's Standing Orders,
2  the parties believe that it is appropriate to continue the Initial Case Management Conference for a
3  period of one month or more after the date for Defendant to answer or otherwise respond;
4      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
5  their respective counsel, to jointly request a continuance of the Initial Case Management
6  Conference to **March 6, 2015 at 2:30 p.m.** or such other date as is available to the Court, with all
7  other deadlines set forth in the Court's Order Setting Initial Case Management Conference and/or
8  required under the Federal Rules to be continued accordingly.

Dated: December 3, 2014        BUCHANAN INGERSOLL & ROONEY LLP

By: _____
    KIMBERLY AROUH
    Attorney for Defendant
    Wigzi, LLC

Dated: December 2, 2014        FREAR STEPHEN SCHMID, ESQ.

By: _____
    FREAR STEPHEN SCHMID
    Attorney for Plaintiffs
    Diane Ellen Quintero and
    Omar Alberto Quintero-Carmona

Stipulation and Joint Request for Continuance of Case Management        5:14-cv-04602-SI
Conference and Extension of Initial Deadlines; [Proposed] Order

**ORDER**

BASED ON THE PARTIES' STIPULATION, THE COURT'S FILE, AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The Initial Case Management Conference and Rule 26 deadlines are continued as follows:

| Event | Date |
|---|---|
| - Deadline to meet and confer re: initial disclosures, early settlement and discovery plan. | February 13, 2015 |
| - Deadline to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report, and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement. | February 27, 2015 |
| - INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 10, 19th Floor, Philip Burton Federal Building, San Francisco. | March 13, 2015 at 2:30 p.m. |

IT IS SO ORDERED.

Dated: December 3, 2014       By: _____
                              *[signature: Susan Illston]*
                              The Honorable Susan Illston
                              Senior U.S. District Judge
                              For the Northern District of California

- 3 -

Stipulation and Joint Request for Continuance of Case Management Conference and Extension of Initial Deadlines; [Proposed] Order        3:14-cv-04602-SI