|   |   |
|---|---|
| 1 | FREAR STEPHEN SCHMID, CSB NO. 96089<br>ATTORNEY AT LAW |
| 2 | 177 POST STREET, SUITE 890<br>SAN FRANCISCO, CA  94108 |
| 3 | TELEPHONE:  (415) 788-5957<br>FACSIMILE:  (415) 788-5958 |
| 4 | EMAIL: frearschmid@aol.com |
| 5 | Attorney for Plaintiffs<br>DIANE ELLEN QUINTERO AND |
| 6 | OMAR ALBERTO QUINTERO-CARMONA |
| 7 | KIMBERLY AROUH, CSB NO. 163285<br>BUCHANAN INGERSOLL & ROONEY LLP |
| 8 | ONE AMERICA PLAZA<br>600 WEST BROADWAY, SUITE 1100 |
| 9 | SAN DIEGO, CA  92101<br>TELEPHONE: (619) 239-8700 |
| 10 | FACSIMILE: (619) 702-3898<br>EMAIL: kimberly.arouh@bipc.com |
| 11 | Attorneys for Defendant WIGZI, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| DIANE ELLEN QUINTERO AND OMAR ALBERTO QUINTERO-CARMONA, | No. 3:14-cv-04602-SI |
|---|---|
| Plaintiffs, | **JOINT STIPULATION IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER** |
| v. | |
| WIGZI, LLC, | Date: March 13, 2015<br>Time: 2:30 PM |
| Defendant. | Judge: Honorable Susan Illston |

The parties are in the process of drafting and finalizing settlement documents of this case and stipulate to the following:

1. That the court continue the case management conference and all attendant scheduled dates for at least one month; and

2. That the date for any responsive pleading from defendant currently set for

---
1
JOINT STIPULATION IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER

      March 2, 2015 is continued for one month to April 1, 2015.

**IT IS SO STIPULATED.**

Date: February 27, 2015            Respectfully submitted,

                                           */s/ Frear Stephen Schmid*
                                           Frear Stephen Schmid, Attorney for Plaintiffs DIANE ELLEN QUINTERO and OMAR ALBERTO QUINTERO-CARMONA

Date: February 27, 2015            BUCHANAN INGERSOLL & ROONEY LLP

                                           */s/ Kimberly Arouh*
                                           Kimberly Arouh, Attorneys for Defendant WIGZI, LLC

## **ORDER**

Pursuant to the foregoing stipulation, the case management conference is rescheduled to  May 8 , 2015, at 2:30 PM, and the filing of all attendant documents are accordingly rescheduled, and defendants have until April 1, 2015 to respond to the complaint.

**IT IS SO ORDERED**.

Dated: __3/2__, 2015

                                        The Honorable Susan Illston
                                        Senior U.S. District Judge
                                        For the Northern District of California