**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston

FREAR STEPHEN SCHMID, CSB NO. 96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA  94108
TELEPHONE:  (415) 788-5957
FACSIMILE:  (415) 788-5958
EMAIL: frearschmid@aol.com

Attorney for Plaintiffs
DIANE ELLEN QUINTERO AND
OMAR ALBERTO QUINTERO-CARMONA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE ELLEN QUINTERO AND OMAR ALBERTO QUINTERO-CARMONA,<br><br>          Plaintiffs,<br><br>v.<br><br>WIGZI, LLC,<br><br>          Defendant.<br>_____/ | No. 3:14-cv-04602-SI<br><br>**NOTICE OF DISMISSAL OF ACTION BY PLAINTIFFS [F.R.C.P. 41(a)(A)(i)]** |

The parties having resolved this case, and defendant having not appeared, plaintiffs hereby dismiss the action in its entirety under F.R.C.P. 41(a)(A)(i).

Date: April 23, 2015

                         /s/ Frear Stephen Schmid
                         Frear Stephen Schmid, Attorney for
                         Plaintiffs DIANE ELLEN QUINTERO
                         and OMAR ALBERTO
                         QUINTERO-CARMONA